## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

BARBARA PRINCIOTTA )
)
Plaintiff, )
)
v. )
)
)                            Civil Action No. _____
TANAGER FINANCIAL )
SERVICES, INC. )
)      MAGISTRATE JUDGE Alexander
Defendant. )
)
_____ )

RECEIPT #_____ 54944
AMOUNT $ 150
SUMMONS ISSUED NIA
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK. TOM
DATE_____ 3/31/04

### NOTICE OF REMOVAL

Defendant, Tanager Financial Services, Inc. ("Tanager"), hereby files this Notice of

Removal of the above-captioned action from the Middlesex County Superior Court, pursuant to

28 U.S.C. §§ 1441 and 1446. In support of this Notice, Tanager states as follows:

1.    On or about February 2, 2004, Plaintiff, Barbara Princiotta, filed Barbara

Princiotta v. Tanager Financial Services, Inc., Civil Action No: MICV2004-00413F, in the

Middlesex County Superior Court ("Superior Court Case").

2.    Tanager was served with copies of the Summons and Complaint in the Superior

Court Case on or about March 12, 2004. Pursuant to 28 U.S.C. § 1446(a), a true and accurate

copy of the Summons and Complaint is attached hereto as Exhibit A.

3.    Removal from the Superior Court to this Court is proper pursuant to

28 U.S.C. § 1441(b). This Court has removal jurisdiction because it would have had original

jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), in that

the district courts shall have original jurisdiction of all civil actions arising under the

Constitution, laws, or treaties of the United States as this action is filed under the Family Medical

Leave Act of 1993.   Plaintiff, Barbara Princiotta, is a resident of Norfolk County, Massachusetts

and is a Massachusetts citizen.   See Exhibit A.   Defendant, Tanager Financial Services, Inc., is a

Massachusetts corporation with its principal place of business in Waltham, Massachusetts.

4.       This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) as it is

being filed within thirty days after Tanager's receipt of service of the Summons and Complaint.

5.       Written notice of the filing of this Notice of Removal will be given promptly to

Plaintiff and, together with a copy of the Notice of Removal, will be filed with the clerk of the

Superior Court, as provided by 28 U.S.C. § 1446(d).

6.       Defendant will file with the Court attested copies of all records, proceedings and

docket entries in the state court within thirty days, pursuant to Local Rule 81.1.

WHEREFORE, Defendant Tanager Financial Services, Inc. respectfully requests that the

above action now pending against it in the Superior Court be removed to the United States Court

for the District of Massachusetts.

Respectfully submitted,

TANAGER FINANCIAL SERVICES, INC.,

By its attorneys,

David S. Rosenthal
Stacey L. DiJon
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

Dated: March 31, 2004

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2004, a true copy of the foregoing Notice of
Removal was served by overnight mail on:

Sabina T. Carty
Law Offices of Sabina T. Carty
944 Main Street, Suite 9B
Walpole, MA 02081

_____
Stacey L. Dillon