UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. _____

| | |
|---|---|
| BARBARA PRINCIOTTA,           )<br>                              )<br>        Plaintiff,            )<br>                              )<br>    v.                        )<br>                              )<br>TANAGER FINANCIAL             )<br>SERVICES, INC.                )<br>                              )<br>        Defendant.            ) | **04 10628 RGS** |

**STATEMENT REQUIRED BY LOCAL RULE 7.3**

Pursuant to Local Rule 7.3, I hereby disclose that Tanager Financial Services, Inc. is wholly owned by Tanager Financial Services Trust, a Massachusetts Business Trust. Tanager Financial Services, Trust, the parent entity, is a privately-held not-for-profit company.

Respectfully submitted,

TANAGER FINANCIAL SERVICES, INC.,

By its attorneys,

/s/ David S. Rosenthal
David S. Rosenthal
Stacey L. DiJon
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: March 31, 2004

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2004, a true copy of the foregoing statement required by Local Rule 7.3 was served by overnight mail to:

> Sabina T. Carty
> Law Offices of Sabina T. Carty
> 944 Main Street
> Walpole, MA 0281

_____
Stacey L. DiJon