UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA PRINCIOTTA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TANAGER FINANCIAL ) <br> SERVICES, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 04-10628 RGS |

### LOCAL RULE 81.1 FILING

Pursuant to Local Rule 81.1, Defendant, Tanager Financial Services, Inc., files herewith attested copies of all records, proceedings and docket entries in the State Court.

Respectfully submitted,

TANAGER FINANCIAL SERVICES, INC.,

By its attorneys,

*/s/ Stacey DiJon*

David S. Rosenthal
Stacey L. DiJon
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: April 16, 2004

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the above document was served upon the Plaintiff's counsel by first-class mail, postage pre-paid, on April 16, 2004.

*/s/ Stacey DiJon*
Stacey L. DiJon

BOS1373035.1