IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BARBARA J. PRINCIOTTA,

                Plaintiff,

- vs -

TANAGER FINANCIAL SERVICES, INC.,

                Defendant.

C.A. No. 04-10628RGS

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned representative of Defendant and its counsel hereby affirm that they have conferred:

(a)     with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

TANAGER FINANCIAL SERVICES, INC.,

_____
Stephen P. Oliver, Principal

and

By its attorneys,

_____
David S. Rosenthal (BBO# 429260)
Stacey L. DiJon (BBO # 647142)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: May 13, 2004

BOS1381691.1       - 1 -