## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BARBARA J. PRINCIOTTA,

     Plaintiff,

  - vs -

TANAGER FINANCIAL SERVICES, INC.,

     Defendant.

C.A. No. 04-10628RGS

## CERTIFICATION

The undersigned representative of Tanager Financial Services, Inc. (the "Company"), hereby certifies under the pains and penalties of perjury that at all times relevant to the above-captioned matter (March 3, 2003 through May 20, 2003), the Company, including its holding company Business Trust, employed less than fifty (50) employees. The Company has no other subsidiaries or affiliates.

      TANAGER FINANCIAL SERVICES, INC.,

      Stephen P. Oliver, Principal

Dated: May 20, 2004



# NIXON PEABODY LLP

ATTORNEYS AT LAW
100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300

Stacey L. DiJon
Direct Dial:  (617) 345-1226
E-Mail:  sdijon@nixonpeabody.com

May 21, 2004

## BY FACSIMILE AND REGULAR MAIL

Sabina T. Carty, Esquire
Law Offices of Sabina T. Carty
944 Main Street, Suite 9B
Walpole, MA  02081

> **RE:    Barbara J. Princiotta v. Tanager Financial Services, Inc.**
> **C.A. MICV2004-00413F**

Dear Ms. Carty:

Enclosed is the Certification from Tanager Financial Services, Inc. ("Tanager") verifying that Tanager, including its holding company Business Trust, employed less than fifty (50) employees for the time period of March 3, 2003 through May 20, 2003.

I understand that you will be moving to remand this matter to state court. We will assent to your motion to remand once we have had an opportunity to review it. As such, please send us a copy of your motion at your earliest convenience.

Please contact me should you have any questions.

Very truly yours,

Stacey DiJon

Stacey L. DiJon

cc:  Mary Johnson

BOS1383692.1

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • MANCHESTER, NH • McLEAN, VA
NEW YORK, NY • ORANGE COUNTY, CA • PHILADELPHIA, PA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC